

The following constitutes the order of the Court.
Signed: March 5, 2021

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

COLIN HOE YOUNG,

      Debtor.

)
)
)
)
)
)
)
)
)
)

Case No.: 17-50098 SLJ

Chapter 11

Date: March 4, 2021
Time: 1:30 p.m.
Ctrm: 9 (remote)

**ORDER DROPPING CONFIRMATION HEARING AND
CONTINUING STATUS CONFERENCE**

    The status conference for this case and the confirmation of Debtor's Combined Plan of Reorganization and Disclosure Statement Dated January 28, 2021 ("Plan"), came on for hearing at the above-referenced date and time. Appearances were noted on the record.

    As stated on the record, although Debtor appears to have an impaired consenting class, given the oppositions filed by Andrew Griscom, Lea Haratani, and James and Susan Richardsons, the court is unable to determine whether the requirements for confirmation under § 1129(a) have been met without conducting an evidentiary hearing. In particular, the court has substantial concerns as to the feasibility and good faith of the Plan.

    The Plan is dependent on the sale of the Belvoir Springs property, and according to Debtor, an offer from Debtor's son to purchase the property has been pending since November 2020. The Plan fails if the Belvoir Springs property cannot be sold in a timely manner. Thus, it

UNITED STATES BANKRUPTCY COURT
for the Northern District of California

would be a waste of time, efforts, and resources for the parties and the court to have an extensive evidentiary hearing on confirmation if the property cannot be sold. For reasons stated at the hearing, with the parties' consent, the best course is to give Debtor some additional time to sell the Belvoir Springs property and put the confirmation process on hold in the meantime. Accordingly,

IT IS HEREBY ORDERED as follows:

1. The confirmation hearing is DROPPED from the court's calendar.
2. The status conference is CONTINUED to April 8, 2021, at 1:30 p.m. Debtor shall file a status conference statement no later than April 1, 2021.

*** END OF ORDER***

**COURT SERVICE LIST**

ECF Notifications

ORDER DROPPING CONFIRMATION HEARING AND CONTINUING STATUS CONFERENCE
-3-